## MEMORANDUM DECISIONS

ADAMS v. STATE. (No. 7420.) (Court of Criminal Appeals of Texas. Feb. 14, 1923.). Appeal from Criminal District Court, Tarrant County; George E. Hosey, Judge. J. G. Adams was convicted of manufacturing intoxicating liquor, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the. criminal district court of Tarrant county of manufacturing intoxicating liquor, and his punishment fixed at one year in the penitentiary. There is neither statement of facts nor bill of exceptions in the record. The indictment charges the unlawful manufacture of intoxicating liquor, and the charge of the court seems fair and full. No error appearing, an affirmance will be ordered.

ANDERSON v. STATE. (No. 7537.) (Court of Criminal Appeals of Texas. March 14, 1923.) Appeal from District Court, McLennan County; Richard I. Munroe, Judge. Ben Anderson was convicted of murder, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Conviction is for murder; punishment fixed at confinement in the penitentiary for a period of five years. The indictment is regular. The record is before us without bills of exceptions or statement of facts. No fundamental error has been discovered, and no complaint is made of the rulings of the trial court. The judgment is affirmed.

BANDA v. STATE. (No. 7624.) (Court of Criminal Appeals of Texas. March 14, 1923.) Appeal from District Court, Lamar County; M. H. Baughn, Special Judge. Alberto Banda was convicted of rape, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. . Appellant was convicted in the district court of Lamar county of rape, and his punishment fixed at five years in the penitentiary. The record is before us without bills of exception or statement of facts. The indictment charges rape upon a female under the age of consent, and the charge of the court seems to correctly present the law of such an offense. No error appearing, an affirmance is ordered.

CADE v. STATE. (No. 7508.) (Court of Criminal Appeals of Texas. Feb. 28, 1923.) Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge. Julius Cade was convicted of murder, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the criminal district court of Harris county of the offense of murder, and his punishment fixed at 25 years in the penitentiary. The record is before us without bill of exceptions or